## WILLIAM McCOSKRY *versus* JOHN McDONELL, ADMINISTRATOR, ETC., OF EDWARD RICHARDSON, DECEASED

JOURNAL ENTRIES (1822–23): *Journal 3:* (1) Time for filing declaration extended *p. 356; (2) jury trial, verdict, motion for new trial *p. 448; (3) rule to file reasons *p. 452; (4) judgment *p. 454.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration, plea of non assumpsit, notice of demand for bill of particulars; (4) precipe for subpoena; (5) subpoena; (6) affidavit for continuance; (7) verdict; (8) precipe for execution fi. fa.; (9) writ of fi. fa. and return; (10) alias fi. fa. and return; (11) list of medicines administered to Edward Richardson; (12) statement of accounts.

*1822–23 Calendar*, MS p. 10. Recorded in *Book B*, MS pp. 247–51.

## AUGUSTIN LAFOY *versus* ADELAIDE BRUSH, EXECUTRIX, ETC., OF ELIJAH BRUSH, DECEASED

JOURNAL ENTRIES (1822–24): *Journal 3:* (1) Time for filing declaration extended *p. 356; (2) continued *p. 450; (3) jury trial, verdict *p. 480; (4) rule for judgment *p. 513.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration and plea of non assumpsit; (4) notice of demand for bill of particulars and stipulation for extension of time to plead; (5) precipe for subpoena; (6) subpoena; (7) precipe for subpoena; (8) subpoena; (9) verdict; (10) receipt for payment of costs; (11) receipt for payment on judgment; (12) receipt for balance of judgment.

*1822–23 Calendar*, MS p. 15. Recorded in *Book B*, MS pp. 373–76.